NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED CLAIMS SYSTEMS, LLC,**
*Appellant*

**v.**

**TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY,**
*Appellees*

---

2016-2163, 2016-2164

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00186, CBM2014-00187.

---

**JUDGMENT**

---

JOHN F. WARD, Kelley Drye & Warren, LLP, New York, NY, argued for appellant. Also represented by DAVID LINDENBAUM.

ROBERT L. BURNS, II, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellees. Also represented by JOSHUA GOLDBERG, Washington, DC; JUSTIN A. HENDRIX, Palo Alto, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 11, 2017           /s/ Peter R. Marksteiner
       Date               Peter R. Marksteiner
                          Clerk of Court